IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| **Civil Action No. 11-cv-02688-CMA-BNB** | **Date:** May 31, 2012 |
| Courtroom Deputy:  Cathy Coomes | FTR BNB COURTROOM A-401 |

| | |
|---|---|
| FLOYD'S 99 HOLDINGS, LLC, | Jeffrey J. Cowman |
| Plaintiff, | |
| v. | |
| JUDE'S BARBERSHOP, INC., *et al.*, | James A. Jablonski |
| Defendants. | |

**COURTROOM MINUTES**

**MOTION HEARING**

Court in session:    1:32 p.m.

Appearances of counsel.

Court's opening remarks.

Argument presented regarding Defendants' Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue (Doc. #24, filed 11/30/11).  The Court takes the motion under advisement.

Court in Recess    2:34 p.m.    Hearing concluded.    Total time in Court:   1:02

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.