IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | | |
|---|---|---|
| Civil Action: | 11-cv-02688-CMA-BNB | Date: August 29, 2012 |
| Courtroom Deputy: | Julie Dynes | FTR: BNB COURTROOM A-401 |

| *Parties* | *Attorney(s)* |
|---|---|
| FLOYD'S 99 HOLDINGS, LLC<br>**Plaintiff(s)** | *Jeffrey J. Cowman* |
| v. | |
| JUDE'S BARBERSHOP, INC<br>JUDE'S BARBERSHOP-OTTAWA, INC<br>JUDE'S BARBERSHOP-CASCADE, INC<br>JUDE'S BARBERSHOP-KALAMAZOO, INC<br>JUDE'S BARBERSHOP-LANSING DT, INC<br>JUDE'S BARBERSHOP-LANSING, INC<br>JUDE'S BARBERSHOP-PORTAGE, INC<br>JBI-COTTONWOOD, LLC<br>JBI-EAST PARIS, LLC<br>JBI-WEALTHY, LLC<br>JBI-STANDALE, LLC<br>JBI-WALLED LAKE, LLC<br>JBI-OKEMOS, LLC<br>THOMAS MARTIN<br>**Defendant(s)** | *James A. Jablonski* |

**COURTROOM MINUTES**

**MOTIONS HEARING**

Court in Session: 1:34 p.m.

Appearance of counsel.

Argument presented on Plaintiff's Motion to Compel Discovery Responses [56].

**ORDERED: Matter is TAKEN UNDER ADVISEMENT.**

Court in Recess: 2:16 p.m.    Hearing concluded.    Total time in Court: 00:42

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119