**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  11-cv-02688-CMA-BNB

FLOYD'S 99 HOLDINGS, LLC,

    Plaintiff,

v.

JUDE'S BARBERSHOP,INC.,
JUDE'S BARBERSHOP – OTTAWA, INC.,
JUDE'S BARBERSHOP – CASCADE, INC.
JUDE'S BARBERSHOP – KALAMAZOO, INC.,
JUDE'S BARBERSHOP – LANSING DT, INC.,
JUDE'S BARBERSHOP – LANSING, INC.,
JUDE'S BARBERSHOP – PORTAGE, INC., Michigan corporations, and
JBI-COTTONWOOD, LLC,
JBI-EAST PARIS, LLC,
JBI-WEALTHY, LLC,
JBI-STANDALE, LLC,
JBI-WALLED LAKE, LLC,
JBI-OKEMOS, LLC, Michigan limited liability companies, and
 THOMAS MARTIN,

    Defendants.

**FINAL JUDGMENT**

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Order Granting in Part and Denying in Part Defendants' Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue of Judge Christine M. Arguello entered on September 28, 2012 it is

    ORDERED that Defendant's Motion to Dismiss Lack of Jurisdiction and Improper Venue filed November 30, 2011 is GRANTED in part as to the lack of personal

jurisdiction, DENIED AS MOOT IN PART as to whether Colorado would be a proper venue, and DENIED in part as to Defendants' request to transfer venue.  It is

FURTHER ORDERED that, although each party shall bear its own attorneys' fees, Defendants shall have their costs by the filing of a Bill of Costs with the Clerk of the Court within fourteen days of the entry of judgment. It is

FURTHER ORDERED that this case is DISMISSED WITHOUT PREJUDICE.

Dated at Denver, Colorado this 28th day of September, 2012.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/Sandra Hartmann

Sandra Hartmann
Deputy Clerk